IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **IN RE: NON-JUDICIAL CIVIL FORFEITURE PROCEEDING**<br><br>**Assets:** One Dell Inspiron 530 Desktop Computer, Serial No: 22DZJD1;<br><br>One Dell Inspiron 1300 Computer, Serial No: 6GYSR91;<br><br>One Western Digital External Hard Drive, Model Number WDH1U5000N, Serial Number: WCAPW 5042657.<br><br>Seized Nov. 14, 2012 in Ray City, Georgia. Referred for judicial action<br><br>**David Waldron,**<br><br>      **Claimant.** | Case No. 7:13-mc-1 (HL) |

## ORDER

Before the Court is the Government's Motion to Extend Time to Commence Judicial Action (Doc. 3). After review, the Court finds that a thirty-day extension is warranted. The Government will have until July 10, 2013 to commence a judicial action. No further extensions will be granted absent extenuating circumstances.

**SO ORDERED**, this 10th day of June, 2013.

                                        *s/Hugh Lawson*
                                      HUGH LAWSON, SENIOR JUDGE

ebrs